**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JOSE A. MORALES ROSARIO, ZELMA ESEVES ARRECHE** and **DAPHNE I. CARRIÓN-LOZANO**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**HOSPITAL ESPAÑOL AUXILIO MUTO DE PUERTO RICO, INC.**,<br><br>Defendant. | Case No. 3:25-cv-01244-MAJ |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

**TO THE HONORABLE COURT**:

**COME NOW** Plaintiffs Jose A. Morales Rosario, Zelma Esteves Arreche, and Daphne I. Carrión-Lozano ("Plaintiffs") and Defendant Hospital Español Auxilio Muto De Puerto Rico, Inc., ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby provide notice that the Parties have reached a classwide settlement in principle in this matter.

To allow the Parties sufficient time to finalize the terms of a formal class action settlement agreement and prepare the motion for preliminary approval and supporting materials, the Parties respectfully request that the Court stay all case deadlines for an additional 45 days, up until June 4, 2026. Within that period, the Parties anticipate filing a motion for preliminary approval, or, if additional time is needed, submitting a joint status report advising the Court of their progress and the anticipated filing date.

Dated: April 21, 2026

/s/ Raina C. Borrelli

Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

CARLOS E. MATOS
Bar No. 309902
PO Box 11249
San Juan, PR 00922-1249
Telephone: 787-378-1002
cemm787@gmail.com

**Pro Hac Vice*

*Attorneys for Plaintiff and the Proposed Class*

Dated: April 21, 2026

/s/ Daniel S. Marvin

Daniel S. Marvin
**KENNEDYS CMK LLP**
22 Vanderbilt Avenue, 24th Floor
New York, NY 10017
Telephone: 646-625-4030
daniel.marvin@kennedyslaw.com

Joshua A. Mooney
**KENNEDYS CMK LLP**
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Telephone: 267-479-6706
joshua.mooney@kennedyslaw.com

Francisco E. Colón-Ramírez
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Telephone: (787) 425-4652
fecolon@colonramirez.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109